**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)　　　　　　　　　　　　　　　Case Number **09–13897–JM7**

## UNITED STATES BANKRUPTCY COURT
Southern District of California

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/15/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Walter Rockwell
aka Rocky Rockwell
13465 Camino Canada, Suite 106
PMB 222
El Cajon, CA 92021

| Case Number:<br>09–13897–JM7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–4949 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Quintin G. Shammam<br>124 W. Main St., Ste. 230<br>El Cajon, CA 92020<br>Telephone number:  619–444–0001 | Bankruptcy Trustee (name and address):<br>Nancy Wolf<br>P.O. Box 420448<br>San Diego, CA 92142<br>Telephone number:  (619) 239–9653 |

### Meeting of Creditors
Date: **October 19, 2009**　　　　　　　　　　　　　　　　Time: **01:00 PM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. entrance), Suite 630, San Diego, CA 92101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 12/18/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991<br>Telephone number:  619–557–5620<br>Website:  www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 4:00 PM | Date:  9/17/09 |

## EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

| United States Bankruptcy Court | Case Number |
|---|---|
| Southern District of California | 09−13897−JM7 |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 9/15/09, the following person is named Interim Trustee of the estate of the debtor:

Nancy Wolf
P.O. Box 420448
San Diego, CA 92142

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 15 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 45 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619−557−5013.

Dated:  9/17/09

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

# CERTIFICATE OF NOTICE

```
District/off: 0974-3           User: tbobis                Page 1 of 2                  Date Rcvd: Sep 17, 2009
Case: 09-13897                 Form ID: b9a                Total Noticed: 37

The following entities were noticed by first class mail on Sep 19, 2009.
db           +Walter Rockwell,    13465 Camino Canada, Suite 106,    PMB 222,    El Cajon, CA 92021-8814
aty          +Quintin G. Shammam,    124 W. Main St., Ste. 230,    El Cajon, CA 92020-3958
tr           +Nancy Wolf,    P.O. Box 420448,    San Diego, CA 92142-0448
smg          +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
smg          +Dun & Bradstreet,    Attn: Public Records, Maryanne Bachert,    899 Eaton Ave.,
               Bethlehem, PA 18025-0025
smg          +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg          +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
12006225     +Allen & Associates,    147 Wilis Avenue,    Mineola, NY 11501-2634
12006226     +Axis Capital,    308 N Locust,    Grand Island, NE 68801-5969
12006227      Bk Of Amer,    4060 Ogletown,    Newark, DE 19713
12006232     +CIT Financial Services,    PO Box 55059,    Jacksonville, FL 32216
12006228     +Cal-Western Reconveyance Corp,    PO Box 22004,    El Cajon, CA 92022-9004
12006230     +Central Credit Services, Inc,    PO box 15118,    Jacksonville, FL 32239-5118
12006234     +Daniel Meehan,    c/o Best Transporation,    671 Executive Drive,    Willowbrook, IL 60527-5603
12006236     +Delta Financial Services,    2900 Orange Avenue, 2nd Floor,    Signal Hill, CA 90755-1821
12006237     +Forrest L. Ingam P.C.,    Attn: Forrest L. Ingram,    79 W Monroe, Ste 900,
               Chicago, IL 60603-4914
12006238     +Homecoming Financial,    PO Box 205,    Waterloo, IA 50704-0205
12006239     +Indymac Bank,    PO Box 4045,    Kalamazoo, MI 49003-4045
12006241     +John Rockwell,    143 Golden Oak Drive,    La Fayette, GA 30728-6278
12006242     +Key Equipment Finance,    600 Travis, Suite 1300,    Houston, TX 77002-3005
12006243     +MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
12006245     +Prodigy Oil & Gas LLC,    433 E Las Colinas Blvd #800,    Irving, TX 75039-6223
12006248    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,    7676 Hazard Center Drive,
               San Diego, CA 92108)
12006246     +Taycor Financial LLC,    6065 Bristol Parkway,    Culver City, CA 90230-6601
12006247     +The Dunning Law Firm,    4545 Murphy Canyon Rd, Ste 200,    San Diego, CA 92123-4363
12006249     +Wachovia Home Mortgage,    PO Box 659558,    San Antonio, TX 78265-9558
12006250     +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
12006251     +Wells Fargo Bank N A,    Po Box 31557,    Billings, MT 59107-1557
The following entities were noticed by electronic transmission on Sep 17, 2009.
tr           +EDI: QNWOLF.COM Sep 17 2009 20:18:00      Nancy Wolf,    P.O. Box 420448,
               San Diego, CA 92142-0448
smg           EDI: CALTAX.COM Sep 17 2009 20:19:00      Franchise Tax Board,    Attn: Bankruptcy,
               P.O. Box 2952,    Sacramento, CA  95812-2952
smg           E-mail/Text: ustp.region15@usdoj.gov                            Office of the U.S. Trustee,
               402 West Broadway, Ste. 600,    San Diego, CA 92101-8511
ust           E-mail/Text: ustp.region15@usdoj.gov                            United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA  92101-8511
12006229     +EDI: CAPITALONE.COM Sep 17 2009 20:18:00      Capital One,    PO Box 85015,
               Richmond, VA 23285-5015
12006231     +EDI: CHASE.COM Sep 17 2009 20:18:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12006233     +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com
               Commonwealth Edison Co,    10 S Dearborn Street,    Chicago, IL 60603-2300
12006235     +EDI: RCSDELL.COM Sep 17 2009 20:18:00      Dell Financial Services,    4307 Collection Center Drive,
               Chicago, IL 60693-0043
12006240      EDI: IRS.COM Sep 17 2009 20:18:00      IRS,    Ogden, UT 84201
12006244     +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM                            Pawnee Leasing Corporation,
               700 Centre Ave,    Fort Collins, CO 80526-1842
12006250     +EDI: WFFC.COM Sep 17 2009 20:19:00      Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
12006251     +EDI: WFFC.COM Sep 17 2009 20:19:00      Wells Fargo Bank N A,    Po Box 31557,
               Billings, MT 59107-1557
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           United States Trustee Office
                                                                                              TOTALS: 1, * 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0974-3           User: tbobis              Page 2 of 2                  Date Rcvd: Sep 17, 2009
Case: 09-13897                 Form ID: b9a              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2009**                                    **Signature:**  *Joseph Speetjens*