521
04/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Walter Rockwell**
 13465 Camino Canada, Suite 106
PMB 222
El Cajon, CA 92021
xxx–xx–4949
*Debtor alias(es):* Rocky Rockwell

Case number: 09–13897–JM7
Chapter: 7
Judge  James W. Meyers

**Notice of Debtor's Failure to File Income Tax Return**

The Debtor has failed to comply with 11 U.S.C. §521(e)(2) and has not timely filed the required income tax return within seven (7) days before the date first set for the first meeting of creditors. Failure to comply with the above requirement may result in dismissal without further notice.

Dated: 10/19/09

Barry K. Lander
Clerk of the Bankruptcy Court